No. 23-12020-H

# JURISDICTIONAL QUESTION

Please address whether each of the orders designated in the notice of interlocutory appeal in admiralty are immediately appealable under 28 U.S.C. § 1292(a)(3). *See* 28 U.S.C. § 1292(a)(3) (permitting interlocutory appeals from orders "determining the rights and liabilities of the parties to admiralty cases"); *Minott v. M/Y Brunello*, 891 F.3d 1277, 1281 (11th Cir. 2018); *Beluga Holding, Ltd. v. Com. Cap. Corp.*, 212 F.3d 1199, 1203-04 (11th Cir. 2000) (explaining that § 1292(a)(3) permits appeals from only certain orders, is interpreted narrowly, and is designed to permit parties to have liability issues resolved by an appellate court before damages are determined); *Bradford Marine, Inc. v. M/V Sea Falcon*, 64 F.3d 585, 588 (11th Cir. 1995) (stating that all of the rights and liabilities of all parties need not be determined before an order is appealable under § 1292(a)(3)); *Sea Lane Bahamas Ltd. v. Europa Cruises Corp.*, 188 F.3d 1317, 1321 (11th Cir. 1999) (holding that we do not have jurisdiction when the order appealed from "does not reach the merits of the claim and in no way determines, denies, or prejudices any substantive rights of the parties").