IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 23-12020

GREAT LAKES INSURANCE SE.,

    Plaintiff-Appellant,

vs.

BRIAN CRABTREE AND BETHEA CRABTREE,

    Defendants-Appellees.

_____/

## MOTION FOR ATTORNEY'S FEES

Defendants-appellees, Brian Crabtree and Bethea Crabtree, through counsel, files this motion for appellate attorney's fees, and state:

Section 627.428(1), Fla. Stat. (2024), authorizes an award of appellate attorney's fees for a prevailing insured in an action against an insurer. *See Progressive Express Ins. Co. v. Physician's Injury Care Ctr., Inc.*, 906 So. 2d 1125, 1127 (Fla. 5th DCA 2005). "Section 627.428 mandates that an insured be awarded attorneys' fees when he is the prevailing party on appeal in an action against his insurer." *Arango v. United Auto. Ins. Co.*, 901 So. 2d 320, 321 (Fla. 3d DCA 2005).

Section 627.428 was repealed on March 27, 2023. However, the repealing legislation provides: "Except as otherwise expressly provided in this act, this act

1

shall apply to causes of action filed after the effective date of this act." 2023 Fla. HB 837, 2023 Laws of Fla. ch. 15, § 30.

Accordingly, we respectfully request an award of reasonable attorney's fees incurred in this appeal, the amount to be determined by the lower court on remand.

## **CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT**

The undersigned, counsel of record, certifies that the following listed persons may have an interest in the outcome of this case.

PARTIES

Great Lakes Insurance, SE, plaintiff/appellant

Brian Crabtree and Bethea Crabtree, defendants/appellees

JUDGES

The Honorable Roy K. Altman - U.S District Court Judge (U.S.D.C., S.D.Fla.)

ATTORNEYS

David B. Pakula and David B. Pakula, P.A., appellate counsel for defendants-appellees

David A. Neblett and Perry & Neblett, P.A., trial counsel and appellate co-counsel for defendants-appellees

                                         __/s/ David B. Pakula___
                                         DAVID B. PAKULA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished electronically to counsel of record via the CM/ECF system on February 3, 2024.

>DAVID B. PAKULA, P.A.
>12301 Taft Street, Suite 200
>Pembroke Pines, FL  33026
>Tel.: (954) 217-5123
>David@Pakulalawfirm.com
>Info@Pakulalawfirm.com
>
>By: __*/s/ David B. Pakula*___
>    DAVID B. PAKULA
>    Florida Bar No.: 712851

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that this motion complies with the type-volume limitations of Fed. R. App. P. 32.  It contains 176 words.

>_/s/ David B. Pakula_____
>DAVID B. PAKULA