In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-12020

_____

GREAT LAKES INSURANCE SE,

Plaintiff-Counter Defendant-Appellant,

*versus*

BRYAN CRABTREE,
BETHEA CRABTREE,

Defendants-Counter Claimants-Appellees,

M&T BANK,

Defendant.

———————————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:20-cv-81544-RKA

———————————————

ORDER:

Appellees' "Motion for Attorney's Fees" is DENIED
WITHOUT PREJUDICE to refiling, should Appellees prevail in
this appeal.

/s/ Andrew L. Brasher
UNITED STATES CIRCUIT JUDGE