# DAVID B. PAKULA, P.A.

12301 Taft Street, Suite 200
Pembroke Pines, FL 33026
Tel: (954) 217-5123
E-mail: david@pakulalawfirm.com

Florida Bar Certified in Appellate Practice

January 12, 2026

Clerk of Court
U.S. Court of Appeals for the 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

ATTENTION: David J. Smith, Clerk of Court

**Re:  Citation of Supplemental Authority, Fed. R. App. P. 28(j)
Great Lakes Insurance SE v. Brian Crabtree & Bethea Crabtree, case no. 23-12020**

Dear Mr. Smith:

On behalf of the appellees, Brian Crabtree and Bethea Crabtree, we respectfully submit the following supplemental authority for the court's consideration:

*VoiceOne Communs. LLC v. Google, Inc.*, 2014 U.S. Dist. LEXIS 189357, 2014 WL 10936546 (S.D.N.Y. 2014). Applying New York's two-dismissal rule statute, the court found that the plaintiff exhibited a pattern of bad faith litigation conduct and harassment of the defendants in two successively filed and then voluntarily dismissed suits in California and New York state courts. This included initially filing in California in violation of a contractual venue provision requiring suit to be brought in New York, as well as other objectionable conduct. The court held: "[T]he effect of applying the two-dismissal rule would not be 'to close the courthouse doors to an otherwise proper litigant.'" Citing *Poloron Prods., Inc. v. Lybrand Ross Bros. & Montgomery*, 534 F. 2d 1012, 1017 (2nd Cir. 1976).

Thank you for your attention to this matter.

Very truly yours,

/s/ David B. Pakula
David B. Pakula, Esq.

Cc: counsel of record

**Certificate of Compliance**

This letter complies with F.R.A.P 28(j) because the body of the letter contains 155 words.