In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-12020
_____

GREAT LAKES INSURANCE SE,

*Plaintiff-Counter Defendant-Appellant,*

*versus*

BRYAN CRABTREE,
BETHEA CRABTREE,

*Defendants-Counter Claimants-Appellees,*

M&T BANK,

*Defendant.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:20-cv-81544-RKA
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 19, 2026

For the Court: DAVID J. SMITH, Clerk of Court