# In the
# United States Court of Appeals
## For the Eleventh Circuit

No. 23-12020

GREAT LAKES INSURANCE SE,

*Plaintiff-Counter Defendant-Appellant,*

*versus*

BRYAN CRABTREE,
BETHEA CRABTREE,

*Defendants-Counter Claimants-Appellees,*

M&T BANK,

*Defendant.*

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:20-cv-81544-RKA

ORDER:

Within six months of the date of this order, all attorneys listed on Great Lakes's principal brief are ordered to attend an in-person course on civility and professionalism, in addition to any similar course required by the Continuing Legal Education

programs of the states in which they are licensed to practice. Those attorneys must submit to this Court proof of attendance signed by the course instructor.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION