IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 23-12020

GREAT LAKES INSURANCE SE.,

     Plaintiff-Appellant,

vs.

BRIAN CRABTREE AND BETHEA
CRABTREE,

     Defendants-Appellees.

_____/

## MOTION FOR EXTENSION OF TIME TO FILE EITHER MOTION FOR FEES OR MOTION TO TRANSFER CONSIDERATION OF FEES TO THE DISTRICT COURT

Defendants-appellees, Brian Crabtree and Bethea Crabtree, through counsel, files this motion for extension of time to file either motion for fees or motion to transfer consideration of fees to the District Court, and state:

On May 19, 2026, the court issued its opinion affirming the decision of the District Court. Pursuant to 11th Cir. R. 39-2(a) & (d), the due date for the Defendants-appellees' motion for attorney's fees or motion to transfer is June 16, 2026. The Defendants-appellees intend to file either a motion for attorney's fees or a motion to transfer consideration of fees to the District Court. However, they are unable to do so prior to the due date of June 16, 2026, for the following reasons.

The undersigned was lead appellate counsel. Perry & Neblett, P.A. acted as

1

trial counsel and appellate co-counsel, with David Neblett having entered his appearance in this court along with the undersigned. Mr. Neblett and Perry & Neblett have been in trial since the issuance of the opinion in this case, and have also been occupied with several other time consuming matters. Therefore, they have been unavailable to participate in the decision-making and preparation of a motion for attorney's fees or a motion to transfer. We anticipate that we will need an additional 30 days to complete our decision-making and preparation.

First, a decision must be made on whether to request fees in this court or to request a transfer of consideration of attorney's fees to the District Court pursuant to 11th Cir. R. 39-2(d). The undersigned cannot make this decision without input from Mr. Neblett and Perry & Neblett. This is a complex decision that requires nuanced consideration of many factors and consultation with our clients, the Defendants-appellees.

Secondly, if the decision is to proceed with a motion for attorney's fees in this Court, it will require preparation of supporting documentation not only by the undersigned but also by Mr. Neblett and Perry & Neblett, who incurred time in the appeal and will need to prepare time records, etc., pursuant to 11th Cir. R. 39-2(b). In addition, the undersigned will need input from Mr. Neblett and Perry & Neblett on fee entitlement, which involves complex, fact-intensive choice of law issues.

For these reasons, we request a time extension of 30 days in which to file a

motion for attorney's fees or a motion to transfer consideration of fees to the District Court.

Required Statement: The movants' counsel has consulted opposing counsel, Jacqueline Goldman of the Goldman Maritime Law Group, who advised the undersigned that they plan to formally withdraw from the case in the near future. They did not take a position on the present motion and directed us to contact another law firm that has not yet appeared in this case. The undersigned consulted the new law firm, Davant Law, P.A., but they have not yet made known their position on the present motion.

## **<u>CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT</u>**

The undersigned, counsel of record, certifies that the following listed persons may have an interest in the outcome of this case.

<u>PARTIES</u>

Great Lakes Insurance, SE, plaintiff/appellant

Brian Crabtree and Bethea Crabtree, defendants/appellees

<u>JUDGES</u>

The Honorable Roy K. Altman - U.S District Court Judge (U.S.D.C., S.D.Fla.)

<u>ATTORNEYS</u>

David B. Pakula and David B. Pakula, P.A., appellate counsel for defendants-appellees

David A. Neblett and Perry & Neblett, P.A., trial counsel and appellate co-counsel for defendants-appellees Jacqueline L. Goldman, Steven E. Goldman, Michael L. Goldman, and the Goldman Maritime Law Group, appellate and trial counsel for the plaintiff-appellant.

*/s/ David B. Pakula*
DAVID B. PAKULA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished electronically to counsel of record via the CM/ECF system on June 16, 2026.

DAVID B. PAKULA, P.A.
12301 Taft Street, Suite 200
Pembroke Pines, FL  33026
Tel.: (954) 217-5123
David@Pakulalawfirm.com
Info@Pakulalawfirm.com

By: */s/ David B. Pakula*
DAVID B. PAKULA
Florida Bar No.: 712851

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that this motion complies with the type-volume limitations of Fed. R. App. P. 27 & 32.  It contains 484 words.

/s/ David B. Pakula
DAVID B. PAKULA
