IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 23-12020

GREAT LAKES INSURANCE SE.,

      Plaintiff-Appellant,

vs.

BRIAN CRABTREE AND BETHEA
CRABTREE,

      Defendants-Appellees.

_____/

## NOTICE OF NON-OBJECTION TO MOTION FOR EXTENSION OF TIME TO FILE EITHER MOTION FOR FEES OR MOTION TO TRANSFER CONSIDERATION OF FEES TO THE DISTRICT COURT

Defendants-appellees, Brian Crabtree and Bethea Crabtree, through counsel, files this notice of non-objection to motion for extension of time to file either motion for fees or motion to transfer consideration of fees to the District Court, and state:

On June 16, 2026, we filed out Motion for Extension of Time to File Either Motion for Fees or Motion to Transfer Consideration of Fees to the District Court. In the motion, we stated: "Required Statement: The movants' counsel has consulted opposing counsel, Jacqueline Goldman of the Goldman Maritime Law Group, who advised the undersigned that they plan to formally withdraw from the case in the near future. They did not take a position on the present motion and directed us to contact another law firm that has not yet appeared in this case. The undersigned

1

consulted the new law firm, Davant Law, P.A., but they have not yet made known their position on the present motion."

On June 18, 2026, yesterday, Charles Devant notified the undersigned that Great Lakes has no objection to the requested 30-day extension of time, and requested that we advise the Court accordingly.

## CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel of record, certifies that the following listed persons may have an interest in the outcome of this case.

PARTIES

Great Lakes Insurance, SE, plaintiff/appellant

Brian Crabtree and Bethea Crabtree, defendants/appellees

JUDGES

The Honorable Roy K. Altman - U.S District Court Judge (U.S.D.C., S.D.Fla.)

ATTORNEYS

David B. Pakula and David B. Pakula, P.A., appellate counsel for defendants-appellees

David A. Neblett and Perry & Neblett, P.A., trial counsel and appellate co-counsel for defendants-appellees

Jacqueline L. Goldman, Steven E. Goldman, Michael L. Goldman, and the Goldman Maritime Law Group, appellate and trial counsel for the plaintiff-appellant.

Charles Davant, Davant Law P.A., no appearance yet, represented to be counsel for the plaintiff-appellant.

_/s/ David B. Pakula_
DAVID B. PAKULA

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished electronically to counsel of record via the CM/ECF system on June 18, 2026.

DAVID B. PAKULA, P.A.
12301 Taft Street, Suite 200
Pembroke Pines, FL  33026
Tel.: (954) 217-5123
David@Pakulalawfirm.com
Info@Pakulalawfirm.com

By: _/s/ David B. Pakula_
DAVID B. PAKULA
Florida Bar No.: 712851

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that this motion complies with the type-volume limitations of Fed. R. App. P. 27 & 32.  It contains 186 words.

_/s/ David B. Pakula_
DAVID B. PAKULA